UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-cr-57 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| ORRY HOLMES | ) | |
| | ) | |

**O R D E R**

On August 17, 2009, United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment (2) accept Defendant's plea of guilty to the charge in Count One, that is possession of a firearm which was not registered to him in the National Registration and Transfer Record in violation of 26 U.S.C. § 5861(d); (3) adjudicate Defendant guilty of the charge in Count One, that is possession of a firearm which was not registered to him in the National Registration and Transfer Record in violation of 26 U.S.C. § 5861(d); (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter without objection (Court File No. 33). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 33) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS**

as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to the charge in Count One, that is possession of a firearm which was not registered to him in the National Registration and Transfer Record in violation of 26 U.S.C. § 5861(d) is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charge in Count One, that is possession of a firearm which was not registered to him in the National Registration and Transfer Record in violation of 26 U.S.C. § 5861(d);

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter without objection which is scheduled to take place on **November 19, 2009 at 2:00 p.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**